Sara K. Henderson, as executrix, etc., against Delos Griffin, as administrator, etc., of Jane A. Bulkley, deceased. No opinion. Decree of the Surrogate's Court of Westchester County affirmed, with costs.

HERMAN, Respondent, v. HERMAN, Appellant. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Action by Fannie Herman against Jacob Herman. M. H. Harris, for appellant. C. Goldzier, for respondent. No opinion. Order modified, by reducing alimony to $7 per week, and by reducing counsel fee to $50, and, as so modified, affirmed, without costs. Settle order on notice.

HERTER REALTY CO. v. TRAVELERS' INS. CO. (Supreme Court, Appellate Division, First Department. October 12, 1906.) Action by the Herter Realty Company against the Travelers' Insurance Company. No opinion. Motion granted, with $10 costs. Order filed.

H. G. VOGEL CO., Respondent, v. LAMBERTON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 1, 1906.) Action by the H. G. Vogel Company against Alexander B. Lamberton and others, etc. No opinion. Judgment affirmed, with costs.

HITCHCOCK, Respondent, v. BROOKS, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 16, 1906.) Action by Stephen K. Hitchcock against James Brooks.
PER CURIAM. Order reversed, with $10 costs and disbursements, and judgment entered for costs in plaintiff's favor vacated and set aside, and defendant's motion that costs be taxed in his favor granted, without costs of said motion.
WILLIAMS, J., not voting.

HITCHCOCK v. BROOKS. (Supreme Court, Appellate Division, Fourth Department. June 1, 1906.) Action by Stephen K. Hitchcock against James J. Brooks. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

H. KOEHLER & CO., Appellant, v. KANE et al., Respondents. (Supreme Court, Appellate Division, First Department. June 25, 1906.) Action by H. Koehler & Co. against Patrick Kane and another. E. J. Myers, for appellant. L. H. Porter, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HOCH, Respondent, v. BROOKLYN BOROUGH GAS CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 22, 1906.) Action by Martha F. Hoch against Brooklyn Borough Gas Company. No opinion. Motion denied.

HOERLEIN, Respondent, v. FELLMAN, Appellant. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by Charles L. Hoerlein against Anna Fellman.

No opinion. Order affirmed, with $10 costs and disbursements.

HOFFERBERTH v. NASH. (Supreme Court, Appellate Division, First Department. June 8, 1906.) Action by Charles Hofferberth against George Nash. No opinion. Motion granted. Order signed.

HOGUE, Respondent, v. SIMONSON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 1, 1906.) Action by Patrick J. Hogue against Morris W. Simonson and others. No opinion. Judgment and order affirmed, with costs.

HOLLAND v. HOLLAND, et al. (Supreme Court, Appellate Division, Fourth Department. May 16, 1906.) Action by Daniel M. Holland against Nellie Holland and others. No opinion. Judgment affirmed, with costs.

HOLLENBECK, Respondent, v. CLEVELAND et al., Appellants. (Supreme Court, Appellate Division, Third Department. June 27, 1906.) Action by George M. Hollenbeck against Judson E. Cleveland and others, Pierre S. Jennings, as trustee, and Victoria Cleveland. No opinion. Judgment unanimously affirmed, with costs.

HOLSAPPLE v. AMERICAN HIDE & LEATHER CO. (Supreme Court, Appellate Division, Third Department. June 27, 1906.) Action by Ida M. Holsapple, as administratrix, etc., against the American Hide & Leather Company. No opinion. Motion denied.

HOLT, Respondent, v. TUITE et al. (Supreme Court, Appellate Division, Second Department. June 22, 1906.) Action by William T. Holt, the public administrator, etc., against Thomas W. Tuite, individually and as administrator, etc., and others. No opinion. Motion denied.

HORN v. LIPPOLD et al. (Supreme Court, Appellate Division, First Department. October 12, 1906.) Action by Christian C. Horn against Henry F. Lippold, impleaded. No opinion. Motion denied, with $10 costs. Order filed.

HORST v. LOVDAL et al. (Supreme Court, Appellate Division, First Department. June 20, 1906.) Action by Paul R. G. Horst against William E. Lovdal and others. No opinion. Motion denied, with $10 costs. Order filed.

HORTON & LEWIS CREAM CO., Appellant, v. WOODBURY, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Action by the Horton & Lewis Cream Company against John M. Woodbury as commissioner. A. S. Gilbert, for appellant. T. Connoly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HOYE, Respondent, v. PENNSYLVANIA R. CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. October

17, 1906.) Action by Stephen M. Hoye against the Pennsylvania Railroad Company and the Westcott Express Company. No opinion. Motion for reargument denied. See 100 N. Y. Supp. 190.

HUDSON & M. RY. CO. v. WENDEL. (Supreme Court, Appellate Division, First Department. June 25, 1906.) Action by the Hudson & Manhattan Railway Company against Josephine J. S. Wendel. No opinion. Motion for stay denied, on conditions stated in memorandum per curiam. Settle order on notice.

HUGHES, Respondent, v. BANGS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 23, 1906.) Action by Mary M. Hughes, as, etc., against Anson M. Bangs and another. No opinion. Order affirmed, with $10 costs and disbursements.

In re HUMMEL. (Supreme Court, Appellate Division, First Department. July 12, 1906.) In the matter of Abraham H. Hummel. Respondent suspended pending appeal.

In re HUNT. (Supreme Court, Appellate Division, Second Department. September 28, 1906.) In the matter of the application of J. L. Starr Hunt for admission to the bar. No opinion. Application granted.

HURMUZE, Respondent, v. HOWE et al., Appellants. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Action by John G. Hurmuze against Charles T. Howe and another. G. H. Taylor, for appellants. M. Kendall, for respondent. No opinion. Appeal from decision dismissed, with costs. Judgment affirmed, with costs. Order filed.

HUTTER, Respondent, v. ASH et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by Jacob Hutter against Sidney Ash and Alfred Lewin. No opinion. Final order of the Municipal Court affirmed, with costs.

INDERLIED, Appellant, v. DE WITT, Respondent. (Supreme Court, Appellate Division, Third Department. June 27, 1906.) Action by Edward C. Inderlied against Martin A. De Witt. No opinion. Order affirmed, with $10 costs and disbursements.

INGALLS, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. June 27, 1906.) Action by Charles W. Ingalls against the state of New York. No opinion. Judgment unanimously affirmed, with costs.

INGRAM v. MURTHA et al. (Supreme Court, Appellate Division, First Department. June 20, 1906.) Action by Harry Ingram against Thomas F. Murtha and others. No opinion. Appeal dismissed, with $10 costs. Order filed.

ISAACS et al., Appellants, v. BALDWIN et al., Respondents. (Supreme Court, Appellate Division, First Department. June 20, 1906.) Action by Bendet Isaacs and others against Clarence D. Baldwin and another. A. I. Elkus, for appellants. J. C. Bushby, for respondents. No opinion. Judgment affirmed, with costs.

JACOBY v. JACOBY et al. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Julius Jacoby against Samuel Jacoby and others. No opinion. Judgment affirmed, with costs, on opinion of Mr. Justice Kelly at Special Term. 94 N. Y. Supp. 260.

JACOBY, Appellant, v. JACOBY et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 22, 1906.) Action by Julius Jacoby against Samuel Jacoby and others. No opinion. Motion denied.

JAGER, Respondent, v. GOLDMANN-SCHWEISHEIMER CO., Appellant. (Supreme Court, Appellate Division, Second Department. September 28. 1906.) Action by Adolf Jager against the Goldmann-Schweisheimer Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

JAGER, Respondent, v. GOLDMANN-SCHWEISHEIMER CO., Appellant. (Supreme Court, Appellate Division, Second Department. September 28, 1906.) Action by Henry Jager, an infant, by Adolf Jager, his guardian ad litem, against the Goldmann-Schweisheimer Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

JESSOP, Respondent, v. STEVENSON et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by James Jessop, as trustee, etc., against Henry Jessop Stevenson, Cora Ethel Stevenson and others. No opinion. Judgment affirmed, with costs.

JETTER et al., Appellants, v. SCOLLAN, Respondent. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Action by George J. Jetter and another against John Scollan. J. H. Hull, for appellants. M. Weinman, for respondent. No opinion. Determination affirmed, with costs. Order filed. See 96 N. Y. Supp. 274.

JEWELL, Respondent, v. JEWELL, Appellant. (Supreme Court, Appellate Division, First Department. June 8, 1906.) Action by James A. Jewell against Caroline L. Jewell. W. L. Snyder, for appellant. W. N. Cohen, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

J. J. SPURR & SONS, Inc., Respondent, v. EMPIRE STATE SURETY CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by J. J. Spurr & Sons, Incorporated, against the Em